TRIAL COURT CASE NO. _____

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>_____ COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>_____ JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 12:50:11 PM
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed       ☐ retained       ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail    _____Hand Delivery    _____Mail

On_____        By:_____(clerk's initials)

1/29/2025 4:16 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-002987
Rosa Oneal

CAUSE NO. D-1-GN-24-002987

| | | |
|---|---|---|
| **LINDA D. TANNER,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **TRAVIS COUNTY, TEXAS** |
| | § | |
| **TEXAS HEALTH AND HUMAN** | § | |
| **SERVICES COMMISSION, JUAN** | § | |
| **RODRIGUEZ, WENDY PROCTOR, &** | § | |
| **JULIA MURRAY,** | § | **459TH JUDICIAL DISTRICT** |
| | | |
| *Defendants,* | | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Linda Tanner, Pro Se states her intent to appeal the Final Judgment signed on January 24, 2025, as well as any other rulings subsumed therein, in LINDA D. TANNER v. TEXAS HEALTH AND HUMAN SERVICES COMMISSION, JUAN RODRIGUEZ, WENDY PROCTOR, & JULIA MURRAY, No. D-1-GN-24-002987, in the 459TH Judicial District Court, Travis County, Texas. Pursuant to Texas Rule of Appellate Procedure 25.1, Plaintiff, Linda D. Tanner appeals to the Court of Appeals for the Third District of Texas sitting in Austin, Texas.

No related appeal or original proceeding has been previously filed in any Court of Appeals.

Date: January 29, 2025

Respectfully submitted,

/s/ _Linda D. Tanner_

Linda D. Tanner

Pro Se

Lulu3822@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record shown below by electronic filing and via e-mail in accordance with the Texas Rules of Civil Procedure on January 29, 2025.

Griselle Ortiz Astacio

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

ADMINISTRATIVE LAW DIVISION

PO Box 12548, Capitol Station

Austin, TX 78711-2548

Via email: griselle.ortizastacio@oag.texas.gov

/s/ _Linda D. Tanner_

Linda D. Tanner / Pro Se

Alicia DuBois

1700 Guadalupe

11th Floor

Austin, TX 78701

Alicia.dubois@traviscountytx.gov

*Court Reporter Responsible for Preparing the Reporter's Record*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96759418
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF'S NOTICE OF APPEAL
Status as of 1/29/2025 5:27 PM CST

Associated Case Party: LINDA DTANNER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Linda Tanner | | Lulu3822@gmail.com | 1/29/2025 4:16:45 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Juan Rodriguez | | jrodriguez@hhsc.gov | 1/29/2025 4:16:45 PM | SENT |
| Attn: Legal Department | | legaldepartment@hhsc.gov | 1/29/2025 4:16:45 PM | SENT |

Associated Case Party: JUAN RODRIGUEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Griselle Ortiz Astacio | | griselle.ortizastacio@oag.texas.gov | 1/29/2025 4:16:45 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Susan Millsapps | | susan.millsapps@oag.texas.gov | 1/29/2025 4:16:45 PM | SENT |